IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL F. DE VRIES,

    Petitioner,                        No. 2: 08-cv-3138 FCD KJN P

    vs.

STEVE MOORE,

    Respondent.                    ORDER TO SHOW CAUSE

/

        Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court has been informed by the California Department of Corrections and Rehabilitation ("CDCR") that petitioner has been released on parole. Petitioner has not filed a notice of change of address reflecting his new address following his release on parole.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, petitioner shall show cause for his failure to file a notice of change of address; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: January 6, 2011

                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

dev3138.osc